UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| L. S. C. (XXX-XX-5265) | CIVIL ACTION NO. 09-cv-0754 |
| VERSUS | JUDGE MAURICE HICKS, JR. |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed, and pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded for further proceedings consistent with the Court's decision.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13th day September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE